■ In the Matter of Anthony L. Jordan Health Center, Inc., Appellant, v Barbara Ann DeBuono, as Commissioner of Health of State of New York, et al., Respondents. [670 NYS2d 650] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Siragusa, J. (Appeal from Judgment of Supreme Court, Monroe County, Siragusa, J.—CPLR art 78.) Present—Green, J. P., Lawton, Wisner, Callahan and Balio, JJ.